# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. **11-51582-JEH** |
| | § | |
| **SMITH, ALICE VILINDA** | § | Chapter 7 |
| | § | |
| | § | Judge: **Hoffman** |
| Debtor(s). | § | |

### NOTICE TO THE CLERK OF SMALL DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $9.64 represents the total sum of small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those small dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Columbus Radiology Corp.<br>PO Box 7169<br>Columbus, OH 43205 | 1 | 2.57 |
| Insight Communication<br>3770 Livingston Ave<br>Columbus OH 43227-2280 | 5 | 2.39 |
| American InfoSource LP as agent for<br>RJM Acquisitions LLC as assignee of<br>Black Expressions Book Club<br>PO Box 268850<br>Oklahoma City OK 731268850 | 6 | 4.68 |

Dated:   10/5/11

*/s/ William B. Logan Jr.*
William B. Logan Jr., Case Trustee
0019290

cc:   U.S. Trustee
      Creditor